UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN LEONEL LUNA ESTRADA,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, Boston Field Office Director; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; and JOSEPH D. MCDONALD, Sheriff of Plymouth County Correctional Facility,<br><br>Respondents. | CIVIL ACTION NO.<br>26-CV-12901-WGY |

YOUNG, D.J. November 17, 2026

**ORDER**

Petitioner Edwin Leonel Luna Estrada's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), ECF No. 1, is duplicative and seeks the same relief as the petition filed in Luna Estrada v. Moniz, 1:26-cv-12358-WGY (D. Mass. 2026) with this Court. Accordingly, Respondents' request to dismiss this matter, ECF No. 7, is ALLOWED. The matter is dismissed.

**SO ORDERED.**

WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.